IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



DAVID JAMES WEST,   §
                    §
    Plaintiff,      §
                    §
v.                  §   2:19-CV-058-Z-BR
                    §
UNITED STATES OF AMERICA,  §
                    §
    Defendant.      §

## ORDER OVERRULING OBJECTIONS,
## ADOPTING MAGISTRATE JUDGE'S FINDINGS AND CONCLUSIONS,
## AND DISMISSING COMPLAINT

On October 29, 2019, the United States Magistrate Judge entered findings and conclusions on defendant's Motion to Dismiss. ECF 28. The Magistrate Judge RECOMMENDS that the Motion to Dismiss be GRANTED. On December 3, 2019, Plaintiff filed "objections" to the findings, conclusions, and recommendation. ECF 31. Plaintiff's "objections" are handwritten on the findings, conclusions, and recommendation of the Magistrate Judge, and contain no legal response. After making an independent review of the pleadings, files, and records in this case, and the findings, conclusions, and recommendation of the Magistrate Judge, the Court concludes that the findings and conclusions are correct.

It is therefore ORDERED that Plaintiff's "objections" are OVERRULED, the findings, conclusions, and recommendation of the Magistrate Judge are ADOPTED, and the Motion to Dismiss is GRANTED. As such, Plaintiff's Complaint is DISMISSED.

Based on the reasons contained in the findings and conclusions, and the nature of the "objections" filed, the following sanctions are also imposed:

The Court is not imposing a monetary sanction at this time. However, with the exception of a Notice of Appeal that can be filed in this case, Plaintiff must first seek the permission of a federal judicial officer before proceeding in any other civil lawsuit in any federal court. This includes any filings in the present case, with the exception of a Notice of Appeal of a final judgment. If Plaintiff fails to obtain permission from a judicial officer of this district before filing a new civil lawsuit or any additional filings (other than a Notice of Appeal) in the present lawsuit, these future submissions will be discarded without filing.

The Clerk is instructed to discard without filing any new submission in this cause, unless it is a Notice of Appeal of a final judgment.

**Plaintiff is WARNED that any further submission of malicious and/or frivolous documents in this or in any other cause will lead to a bar against all new filings and possible imposition of monetary sanctions.**

**SO ORDERED.**

December 4, 2019.

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE